**SKIERMONT DERBY LLP**
Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
800 Wilshire Boulevard, Suite 1450
Los Angeles, CA 90017
Telephone: (213) 788-4500
Facsimile: (213) 788-4545

Sarah E. Spires (SBN 252917)
sspires@skiermontderby.com
1601 Elm Street, Suite 4400
Dallas, TX 75201
Telephone: (214) 978-6600
Facsimile: (214) 978-6601

*Attorneys for Plaintiff IPA Technologies, Inc.*

**BRINKS GILSON & LIONE**
James R. Sobieraj (IL Bar No.6183779)
jsobieraj@brinksgilson.com
Jeffrey J. Catalano (IL Bar No. 6289197)
jcatalano@brinksgilson.com
Andrea Shoffstall (IL Bar No. 6324647)
ashoffstall@brinksgilson.com
455 N. Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Defendant ZTE (USA) Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPA TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA) INC. <br><br> Defendant. | Case No.: 3:17-cv-01858-BAS-JLB <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** <br><br> Jury Trial Demanded |

Plaintiff IPA Technologies Inc. ("IPA") and Defendant ZTE (US) Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action including all claims filed by IPA, WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

March 20, 2018

By: /s/ Sarah E. Spires____ _____
    Sarah E. Spires
    Attorneys for Plaintiff IPA
    Technologies, Inc.

Mieke K. Malmberg (SBN 209992)
800 Wilshire Boulevard, Suite 1450
Los Angeles, CA 90017
(213) 788-4500
Sarah E. Spires (SBN 252917)
1601 Elm Street, Suite 4400
Dallas, TX 75201
(214) 978-6600


By: /s/ Jeffrey J. Catalano
    Jeffrey J. Catalano
    Attorneys for Defendant
    ZTE (USA), Inc.

James R. Sobieraj (IL Bar No. 6183779)
Jeffrey J. Catalano (IL Bar No. 6289197)
Andrea Shoffstall (IL Bar No. 6324647)
455 N. Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, IL 60611
(312) 321-4200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d).

March 20, 2018                                   /s/ Sarah E. Spires
                                             Sarah E. Spires